**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  26-CR-1717-WQH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| ROBERT STEVENSON (2), | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case as to defendant ROBERT STEVENSON under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the Court finds good cause for granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss the Indictment without prejudice is GRANTED. (ECF No. 39.)

Dated:  June 18, 2026

_____
Hon. William Q. Hayes
United States District Court